UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | No. 1:20-cv-01821-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING SECOND MOTION FOR RECONSIDERATION |
| J. CEBALLOS, et al., | (Doc. No. 11) |
| Defendants. | |

    Before the court is plaintiff Raymond Alford Bradford's second motion for reconsideration of the court's prior order denying plaintiff's application to proceed *in forma pauperis* in this action. (Doc. No. 11.) This court already denied plaintiff's first motion for reconsideration (Doc. No. 10) on April 26, 2021, concluding that "[p]laintiff has presented no new evidence in his pending motion that would alter the court's prior conclusion that the imminent danger he now claims has no connection to the causes of action presented by his complaint filed to initiate this case." (*Id.* at 3.) In this court's order denying plaintiff's motion to proceed *in forma pauperis*, the court directed plaintiff to pay the required filing fee of $400.00 within twenty-one (21) days following service of that order. (*Id.*) The court warned plaintiff that failure to pay the filing fee within the specified time would result in dismissal of this action. (*Id.*)

    Nevertheless, on May 10, 2021, plaintiff filed the pending second motion for reconsideration (Doc. No. 11), which, as with his first motion for reconsideration, again fails to

1

identify any basis under Federal Rule of Civil Procedure 60(b) for this court to reconsider its finding that plaintiff failed to state a cognizable claim for relief under applicable law. Accordingly, plaintiff's second motion for reconsideration will be denied. In addition, the deadline to pay the required filing fee has now passed. The court, however, will grant plaintiff one final opportunity to pay the required filing fee in order to proceed with this action.

Accordingly,

1. Plaintiff's motion for reconsideration (Doc. No. 11) is denied;
2. Within fourteen (14) days following service of this order, plaintiff shall pay the required $400.00 filing fee in full to proceed with this action;
3. Plaintiff's failure to pay the filing fee within the specified time will result in the dismissal of this action;
4. No further filings will be entertained in this case related to plaintiff's motion for *in forma pauperis* status; and
5. This matter is referred back to the assigned magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **May 17, 2021**

UNITED STATES DISTRICT JUDGE